UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

ROGER HULL,  )
  )
        Plaintiff,  )  3:11-cv-00535-LRH-VPC
  )
v.  )
  )  <u>O R D E R</u>
GREG COX, et al.,  )
  )
        Defendants.  )
_____ )

      Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#36[1]) entered on June 6, 2012, recommending granting Defendants' Motion to Dismiss (#15) filed on February 21, 2012, and denying various other motions before the court.  Plaintiff filed his Opposition to Magistrate's Report and Recommendation (#37) on June 20, 2012. Defendants filed their Opposition to Plaintiff's Objection to the Magistrate Judge's Report and Recommendation (#38) on July 3, 2012, and Plaintiff then filed his Reply in Support of His Objection to the Magistrates Judges Report and Recommendation (#39) on July 11, 2012. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has conducted its *de novo* review in this case, has fully considered the objections of

---

[1] Refers to court's docket number.

the Plaintiff, the Defendants' opposition, and the Plaintiff's Reply, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#36) entered on June 6, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#36) entered on June 6, 2012, is adopted and accepted, and Defendants' Motion to Dismiss (#15) is GRANTED and Counts I, II and III are DISMISSED without prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction (#17) is DENIED as moot.

IT IS FURTHER ORDERED that Defendants' Motion to Stay (#20) is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike (#21) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Sanctions (#22) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Hearing on Plaintiff's Motion for Preliminary Injunction (#34) is DENIED as moot.

IT IS SO ORDERED.

DATED this 27th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE